UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                    Case No. 2:98-cr-8
                                                    HON. JANET T. NEFF

BRADFORD PAUL STORTI,

    Defendant.

_____/

**REPORT AND RECOMMENDATION**

On November 5, 2007, defendant Bradford Paul Storti appeared before the undersigned for an initial appearance on the Petition for Warrant or Summons for Offender Under Supervision, filed October 26, 2006, and the Amended Petition for Warrant or Summons for Offender Under Supervision, filed October 1, 2007.  At the time of the hearing, defendant was informed of his rights under Rule 32.1 of the Federal Rules of Criminal Procedure.  Defendant knowingly and voluntarily waived his right to a preliminary hearing and a revocation hearing and admitted to the violations in the two petitions.  In addition, defendant waived his right to appear before a district judge and his right to allocution before a district judge.  Furthermore, defendant indicated that he wished to be sentenced to a term of incarceration of 24 months, with 12 months of supervised release to follow, which was the maximum allowed by the relevant statutory provision.  Accordingly, it is respectfully recommended that the Court enter in this matter the attached "Judgment in a Criminal Case (For Revocation of Probation or Supervised Release)."

NOTICE TO PARTIES: Objections to this Report and Recommendation must be served on opposing parties and filed with the Clerk of the Court within ten (10) days of receipt of this Report and Recommendation. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); W.D. Mich. LCivR 72.3. Failure to file timely objections constitutes a waiver of any further right to appeal. *United States v. Walters*, 638 F.2d 947 (6th Cir. 1981). *See also Thomas v. Arn*, 474 U.S. 140 (1985).

    /s/ Timothy P. Greeley  
TIMOTHY P. GREELEY  
UNITED STATES MAGISTRATE JUDGE

Dated: November 8, 2007