UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,                          Case No: 2:98-CR-8

v                                          HON. JANET T. NEFF

BRADFORD PAUL STORTI,

      Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (Dkt 93) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in the Amended Petititon for Warrant or Summons for Offender Under Supervision, filed October 1, 2007.

3. Defendant waived his right to appear before a district judge and his right to allocation before a district judge. The Court will enter the "Judgment in a Criminal Case (For Revocation of Probation or Supervised Release)" in this matter.


Dated: November 30, 2007                          /s/ Janet T. Neff
                                                              JANET T. NEFF
                                                              United States District Judge