UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

                 Plaintiff,                  Case No. 2:98-cr-8

v.                                         HON. JANET T. NEFF

BRADFORD PAUL STORTI,

                 Defendant.

_____/

## REPORT AND RECOMMENDATION

A petition and order for warrant and arrest warrant for defendant was entered by Judge Neff on June 21, 2016 and the warrant was executed later that day. Defendant appeared before the undersigned on June 24, 2016 with attorney Karl Numinen appearing on behalf of defendant and Paul Lochner appearing for the government.

At that hearing, the government moved for search of the devices seized from defendant pursuant to the terms of defendant's supervised release. Defendant objected to search of the device. The petition was dismissed, but the issue of the search remained and the parties were given a briefing schedule (ECF #105). Thereafter, defendant filed Defendant's Withdrawal of Objection to Government's Request for Search Warrant (ECF#106).

It is recommended that the Court order the devices searched. If evidence of criminal conduct is found on the devices, it is recommended that the United States Attorney be notified. If no evidence is found on the devices, it is recommended that they be destroyed.

Date:___7/14/2016_____             _/s/ Timothy P. Greeley_____
                                                TIMOTHY P. GREELEY
                                                United States Magistrate Judge

## NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. *See* W.D. MICH. L.CR.R. 11.1(d).