UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                           Case No: 2:98-cr-8

v.                                                    HON. JANET T. NEFF

BRADFORD PAUL STORTI,

       Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation filed on July 14, 2016 by the United States Magistrate Judge in this action.  The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law.

THEREFORE, IT IS ORDERED that:

1.  The Report and Recommendation of the Magistrate Judge (Dkt 107) is approved and adopted as the opinion of the Court.

2.  The devices seized from Defendant shall be searched.  If evidence of criminal conduct is found on the devices, the United States Attorney shall be notified.  If no evidence is found on the devices, they shall be destroyed.


Dated:  August 2, 2016                                           /s/Janet T. Neff
                                                                 JANET T. NEFF
                                                                 United States District Judge